# RAWLE & HENDERSON LLP



DELIA A. CLARK
856-797-8919
dclark@rawle.com

The Nation's Oldest Law Office · *Established in 1783*

**www.rawle.com**

EAST GATE CENTER
309 FELLOWSHIP ROAD, SUITE 200
MT. LAUREL, NJ 08054

TELEPHONE:(856) 596-4800
FACSIMILE:(856) 596-6164

May 5, 2022

**Via Electronic filing and E-Mail**
The Honorable Tonianne Bongiovanni
United States Magistrate Judge
District of New Jersey
402 East State Street
Trenton, NJ 08608

        Re:    *David B. Keller, et al v. Robert Sirridge, et al.*
              U.S.D.C. for the District of New Jersey, No. 3:18-cv-00641
              **Our File No.:  718925**

Dear Judge Bongiovanni:

    My clients believe that a settlement conference would be beneficial.

    I am available on June 30, July 7,  8, and July 12, 2022,  at a time convenient for the Court.

    Thank you for your kind consideration.

Respectfully submitted,

RAWLE & HENDERSON LLP

By:
    Delia A. Clark

DAC/

cc: Michael W. Krutman, Esquire

15936311-1